UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALIREZA BAKHTIARI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:06-CV-1489 (CEJ) |
| | ) |
| GENE C. BEYER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion for taxation of bill of costs, pursuant to 28 U.S.C. § 1920. Plaintiff opposes the motion and the issues are fully briefed.

On March 30, 2009, the Court granted summary judgment in favor of defendant and against plaintiff. On April 17, 2009, defendant filed her motion for taxation of bill of costs. On April 20, 2009, plaintiff filed a memorandum in opposition to defendant's motion. In his memorandum, plaintiff moves for a stay of adjudication of the bill of costs pending the outcome of his appeal.

Local Rule 8.03 provides in relevant part: "Each party objecting to a bill of costs shall file, within fourteen (14) days of being served, a memorandum stating specific objections. . . . The Clerk shall tax costs as claimed in the bill if no timely objection is filed." E.D. Mo. L.R. 8.03(A). In the instant case, plaintiff filed his response three days after defendant filed her bill of costs. Plaintiff, however, offered no objection to any of the costs contained within defendant's bill of costs. Rather, plaintiff merely contends that the Court should stay the adjudication of defendant's motion until the resolution of the appeal.

Because plaintiff has made no specific objections to defendant's bill of costs, and

defendant has submitted a verified statement that the costs are correct and were necessary for the litigation of this action, the Court will award the costs as claimed in the bill of costs to defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendant Gene C. Beyer for taxation of bill of costs [Doc. #86] is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall tax costs to plaintiff Alireza Bakhtiari in the amount of $3,172.44.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2009.